```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 64053
   DAVID EDWARD HANDKINS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7514
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/19/05 and confirmed on 03/09/06.

   2.  The case was dismissed after confirmation, 11/09/2007.

   3.  The Debtor paid a total of $  50815.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 8000.00 | 877.23 | 3538.94 |
| CITIFINANCIAL | SECURED | 4403.25 | .00 | 4403.25 |
| CITIFINANCIAL | MORTGAGE ARRE | 572.49 | .00 | 572.49 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | 16736.98 | .00 | 16736.98 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 3002.92 | .00 | 2300.00 |
| DELL FINANCIAL | SECURED | 300.00 | 23.93 | 144.88 |
| DELL FINANCIAL | SECURED | 500.00 | 41.45 | 211.84 |
| DES PLAINES VALLEY C U | SECURED | 9400.00 | 1030.76 | 4158.24 |
| DES PLAINES VALLEY C U | SECURED | 11000.00 | 1223.14 | 4628.07 |
| HARLEY DAVIDSON CREDIT | SECURED | 2500.00 | 269.95 | 1165.38 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CCB | UNSECURED | NOT FILED | .00 | .00 |
| EBI LP | UNSECURED | NOT FILED | .00 | .00 |
| EBI LP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OTTA | UNSECURED | 4844.31 | .00 | 383.42 |
| HEALTH SERVICES SYSTEM I | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LOYOLA UNIVERSITY & HOSP | UNSECURED | NOT FILED | .00 | .00 |
| PARKVIEW ORTHOPAEDIC GRO | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PESI EMERGENCY PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4316.08 | .00 | 341.63 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
SILVER CROSS HOSPITAL       UNSECURED       875.00           .00        56.24
SST FAIRLANE CREDIT         UNSECURED     NOT FILED          .00          .00
SURGICAL CONSULTANTS        UNSECURED     NOT FILED          .00          .00
COTTONWOOD FINANCIAL LTD    UNSECURED      1659.28           .00       131.34
YATIN SHAH                  UNSECURED     NOT FILED          .00          .00
AMERICAN GENERAL FINANCE    UNSECURED       112.75           .00          .00
HARLEY DAVIDSON CREDIT      UNSECURED        92.11           .00          .00
ASSET ACCEPTANCE CORP       UNSECURED      1439.02           .00       113.90
ASSET ACCEPTANCE CORP       UNSECURED     58091.04           .00      4597.97
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  56415.64          .00     71429.59          .00   127845.23
PRINCIPAL PAID      37860.07          .00      5624.50          .00    43484.57
INTEREST PAID        3466.46          .00           .00         .00     3466.46
TOTAL PAID          41326.53          .00      5624.50          .00    46951.03
```

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   3000.00 and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $   1863.97 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 05 B 64053 DAVID EDWARD HANDKINS